FILED
IN CLERKS OFFICE

AO 241 (Rev. 09/17)

2022 FEB 15  PM 3: 45

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: of Massachusetts |
|---|---|

| Name (under which you were convicted): Larry Watkins | Docket or Case No.: |
|---|---|

| Place of Confinement : MCI Shirley (Medium), Shirley, Massachusetts | Prisoner No.: W-35868 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Larry Watkins     v. | John Dean, Superintendent, MCI Shirley (Medium) |

The Attorney General of the State of:  Massachusetts

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Middlesex Superior Court, then Cambridge, now Woburn, MA

   (b) Criminal docket or case number (if you know):  7581 CR 06056, 7, 8

2. (a) Date of the judgment of conviction (if you know): 11/22/1976

   (b) Date of sentencing:  11/22/1976

3. Length of sentence:   Life without Parole

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   1) First degree murder, 2) armed robbery, 3) kidnaping.

6. (a) What was your plea? (Check one)

   ☑ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

   ☐ (2)   Guilty            ☐ (4)   Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury     ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☑ Yes     ☐ No

8. Did you appeal from the judgment of conviction?

    ☑ Yes     ☐ No

9. If you did appeal, answer the following:

(a) Name of court:    Supreme Judicial Court of Massachusetts

(b) Docket or case number (if you know):    SJC-01053  (375 Mass. 472)

(c) Result:    Convictions affirmed

(d) Date of result (if you know):    06/20/1978

(e) Citation to the case (if you know):    Com. v. Watkins, 375 Mass. 472 (1978)

(f) Grounds raised:    That trial judge erred in:  1) refusing to exclude custodial statements;  2) denying the motion to dismiss based on claim that felony murder is unconstitutional;  3) denying motions for compulsoy process and continuance to obtain Theodore Watkins as witness; 4) denying the motion for mistrial based on testimony re: gun in his possession earlier; 5)  denying the motion to excuse the jury from further evening deliberations.

_____

_____

(g) Did you seek further review by a higher state court?     ☐ Yes    ☑ No

    If yes, answer the following:

    (1) Name of court:    [N/A:  no higher state court]

    (2) Docket or case number (if you know): _____

    (3) Result: _____

AO 241 (Rev. 09/17)

        (4) Date of result (if you know): _____

        (5) Citation to the case (if you know): _____

        (6) Grounds raised: _____

        _____

        _____

        _____

    (h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes  ☑ No

        If yes, answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

        _____

        (3) Date of result (if you know): _____

        (4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes  ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:   Middlesex Superior Court  [withdrawn motions not included]

          (2) Docket or case number (if you know):   same:  7581 CR 06056, 7, 8

          (3) Date of filing (if you know):   12/22/200?

          (4) Nature of the proceeding:   Motion for New Trial

          (5) Grounds raised:   1) Whether the defendant must be granted a new trial because the case was submitted to the jury on the theory of joint venture felony-murder although there was no evidence to support a conviction under that theory because there was no evidence that the alleged joint venturer participated in the underlying felony, armed robbery [because robbery was over at the time of the killing]; 2) Whether the defendant must be granted a new trial because the case was submitted to the jury on the theory of joint venture felony-murder although the evidence presented by the prosecution indicated that the underlying felony, armed robbery, was committed at a different time and place from the homicide;  3, 4, 5, 6: [see attached]

          (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

          ☐ Yes  ☑ No

          (7) Result:  Denied

AO 241 (Rev. 09/17)

(8) Date of result (if you know):     05/07/2004

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court:     Middlesex Superior Court

(2) Docket or case number (if you know):     7581 CR 06056, 7, 8

(3) Date of filing (if you know):     09/04/2018

(4) Nature of the proceeding:     Motion for New Trial

(5) Grounds raised:     1) The jury's murder verdict may well have been based only on felony
murder, but there was insufficient evidence at trial of felony murder, because there was no
evidence that the likely killer, Theodore Watkins, was a participant in (or even knew of) the
armed robbery.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☑ No

(7) Result:     New Trial was allowed   [reversed by SJC on appeal]

(8) Date of result (if you know):     03/28/2019

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:     N/A

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☑ Yes    ☐ No

(2) Second petition:    ☐ Yes    ☑ No

(3) Third petition:    ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

As to the second "petition," I won at the trial level; the Commonwealth appealed by requesting Further

Appellate Review.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

GROUND ONE:    The 2021 Mass. SJC reversal based on direct estoppel of the Superior Court grant of New Trial

violated the U.S. Constitution is an erroneous procedural end run.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.)·

The Superior Court grant of New Trial on my murder conviction was based on the fact of one of the two potential

grounds of my murder verdict having insufficient evidence.  The factual basis of my claim is that the 2021 reversal

based on "direct estoppel" of the New Trial grant, was erroneous both in that there was no estoppel, and that this

was an attempt at a procedural end run around the U.S. Constitutional requirement that all convictions require

proof of all facts necessary to constitute the crime charged.

(b) If you did not exhaust your state remedies on Ground One, explain why:    Because the error and factual basis of my

petition happened in the highest Massachusetts Court, the Supreme Judicial Court, in 2021, I have exhausted my

state remedies.

AO 241 (Rev. 09/17)

(c)   **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐  Yes   ☑  No

(2) If you did not raise this issue in your direct appeal, explain why:   The issue, the "direct estoppel" ruling, did

not occur until 2021.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes   ☑  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?                    ☐  Yes   ☐  No

(4) Did you appeal from the denial of your motion or petition?               ☐  Yes   ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐  Yes   ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:**         N/A_____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did *not* raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

        ☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**        N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:**   N/A   _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐  Yes   ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes   ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

_____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition? ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

Page 12 of 16

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

     (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

           having jurisdiction?     ☐ Yes     ☑ No

           If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

           presenting them:     It is the highest state court which created the ground in its "direct estoppel"

           ruling.

     (b)     Is there any ground in this petition that has not been presented in some state or federal court? If so, which

           ground or grounds have not been presented, and state your reasons for not presenting them:

           This ground was presented to the First Circuit in an Application for Leave to File a Second

           Habeas Corpus Petition.

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

     that you challenge in this petition?     ☑ Yes     ☐ No

     If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

     raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

     of any court opinion or order, if available.    U.S. District Court of Massachusetts, Habeas Corpus Petition,

     Watkins v. Callahan, Civil No. 1981-03242, Petition Dismissed (5/3/1983), affirmed on appeal.  Issues

     raised:  1) Conviction obtained without requiring Commonwealth to prove malice aforethought beyond

     a reasonable doubt;  2) Sentence grossly disproportionate and wantonly and freakishly imposed;  3)

     Conviction obtained in violation of Sixth Amendment right to process to secure attendance of witness;

     4) Conviction obtained in violation of petitioner's rights under the Fifth and Sixth Amendments.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

     the judgment you are challenging?     ☐ Yes     ☑ No

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

     raised.

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

_____

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes   ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The factual predicate of the claim is the "direct estoppel' ruling of the Massachusetts Supreme Judicial

Court, erroneously reversing the grant of a New Trial.  That ruling did not occur, and thus could not

have been discovered, prior to February 11, 2021.

_____

_____

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Order that a New Trial be granted Larry Watkins

as to his murder conviction in Middlesex Superior Court, 7581 CR 06056.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____